Social security #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
DATE OF BIRTH
10-25-78 AGE 36

EMERGENCY REMEDY 8 years
04-01-2015 77,304-01,02,03
Offense
"Fixing to parole or MAX IT"

DEAR RANK AUTHORITY OF COURT OF CRIMINAL OF APPEALS YES I NEED YOU TO MAIL me A COPY of the 3 WRITS I FILED on my 8 year STACKING OFFENSE I GOT IN 2009 + 2010 "MARCH" 3-11-17

I ALSO NEED A ACTUAL COPY of THE 3 WRITS + the paperwork Filed. I believe their IS FILE + I need A COPY of the WRITS FILED. I WAS SENT them A CARD + I NEED A COPY OF the ACTUAL DENIALS with DATES. FOR THE FACT I need everything on ME ON THOSE 3 ISSUES MY paralegal IS doing my paperwork + DOING A FRESH 22.54 A APPEAL FEDERAL STYLE TO EXONERATE shorten or throw OUT MY CASE. Please CONTACT me with MY CASE# AS well + everything you have to help me on this MATTER TODAY + please send me this document paper BACK SO I don't have to repeat MYSELF TO WHOM IT MAY concern I don't know wheir to turn or who to contact on this INFORMATION I MUST have + Get From your office I don't even know my CASE#! Respectfully. MS CRYSTAL NICOLE Mercado

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 30 2015
Abel Acosta, Clerk

⭐ ON CRYSTAL MERCADO - NICOLE (MY middle name)

⭐ SECUTTY INFO.

INCARCERATED

WITH THE

⭐ TEXAS

DEPARTMENT OF

CRIMINAL JUSTICE

CASE WAS OUT

OF "BEXAR COUNTY"

SAN ANTONIO, TEXAS

SENTENCED FEBRUARY 18,
2010
TO TDCJ.